

PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey

**FILED**

MAY 9 1995

AT 8:30............... M
WILLIAM T. WALSH
CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: THOMAS, Carlton Ross     Cr.: 95-68

RECEIVED IN THE CHAMBERS OF

Name of Sentencing Judicial Officer: Honorable Frank W. Bullock, Jr.

MAY - 9 1995

Date of Original Sentence: 12/6/90

Original Offense: Possession with Intent to Distribute Cocaine

HON. JOHN C. LIFLAND, USDJ

Original Sentence: 151 months BOP. On 9/5/91, sentence reduced to 48 months BOP, 4 years Supervised release, $3000 fine.

Type of Supervision: SUPERVISED RELEASE     Date Supervision Commenced: 8/15/94

Assistant U.S. Attorney:     Defense Attorney:

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| (1) | Violation mandatory condition by committing another crime in that on 1/2/95, he was arrested in Cambria County, PA. for possession of 6 oz. of cocaine. |
| (2) | Violation Condition #1, by leaving the judicial district without permission of the probation officer in that on or about January 2, 1995 he left the district of New Jersey without permission as witnessed by his arrest in Cambria County, PA. |
| (3) | Violation Condition #9 by associating with a person convicted of a felony in that at the time of his arrest on January 2, 1995 he was arrested with Tony Atwood, who has a felony conviction in Essex County, New Jersey for larceny. |

Respectfully submitted,

By: Nancy Hildner
U.S. Probation Officer
Date: May 8, 1995

ENTERED
on
THE DOCKET
on 5-10 19 95
WILLIAM T. WALSH, CLERK
By _____
(Deputy Clerk)

THE COURT ORDERS:

[ ]     No Action
[X]     The Issuance of a Warrant
[ ]     The Issuance of a Summons. Date of Hearing: _____.
[ ]     Other

_____
Signature of Judicial Officer

5/9/95
_____
Date